1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8

9    FLORO CAUTON,                    )        No. CV-F-05-309 OWW
                                      )        (No. CR-F-93-5230 OWW)
10                                    )
                                      )        MEMORANDUM DECISION AND
11                    Petitioner,     )        ORDER DISMISSING
                                      )        PETITIONER'S MOTION TO
12            vs.                     )        VACATE, SET ASIDE OR CORRECT
                                      )        SENTENCE PURSUANT TO 28
13                                    )        U.S.C. § 2255 FOR LACK OF
     UNITED STATES OF AMERICA,        )        JURISDICTION AND DIRECTING
14                                    )        CLERK OF COURT TO ENTER
                                      )        JUDGMENT FOR RESPONDENT
15                    Respondent.     )
                                      )
16   _____)

17

18

19        On March 3, 2005, Petitioner Floro Cauton filed a motion to

20   vacate, set aside or correct sentence pursuant to 28 U.S.C. §

21   2255.  Petitioner asserts that his sentence is unconstitutional

     in light of *Booker v. United States*, 543 U.S. 220 (2005).

22        Petitioner's motion is DISMISSED for lack of jurisdiction.

23   Petitioner previously filed a Section 2255 motion, which was

24   denied by Memorandum Decision and Order filed on June 22, 2000.

25   Petitioner's present motion raises a new claim for relief and

26

                                      1

1   **must be construed as a second or successive motions pursuant to**

2   **Section 2255 governed by 28 U.S.C. § 2244.  *Thompson v. Calderon*,**

3   **151 F.3d 918, 921 (9th Cir.), *cert. denied*, 524 U.S. 965 (1998).**

4   **Consequently, this court lacks jurisdiction to consider the**

5   **merits of these motions absent authorization from the Ninth**

6   **Circuit Court of Appeals.  *United States v. Allen*, 157 F.3d 661,**

7   **664 (9th Cir. 1998).**

8       **For the reasons stated:**

9       **1.   Petitioner Floro Cauton's motion to vacate, set aside or**

10   **correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED FOR**

11   **LACK OF JURISDICTION.**

12       **2.   The Clerk of the Court is directed to enter JUDGMENT FOR**

13   **RESPONDENT.**

14       IT IS SO ORDERED.

15   **Dated:    August 1, 2008**                 **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26